# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**IRA F. WEST**                                                                                          **PLAINTIFF**

**v.**                                          **5:07CV00317 WRW**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**                                                          **DEFENDANT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Henry L. Jones.  No objections have been filed, and the time for doing so has passed.  After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS SO ORDERED this 26th day of February, 2009.


                                                              /s/Wm. R. Wilson, Jr.
                                                              UNITED STATES DISTRICT JUDGE