IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**IRA F. WEST**  **PLAINTIFF**

v.     **5:07CV00317 WRW**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**     **DEFENDANT**

## JUDGMENT

Based on an Order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 26th day of February, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE